IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01116-AP

DEVIN HEITZMANN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
|  | Sarah Van Arsdale Berry |
|  | Assistant Regional Counsel |
|  | Social Security Administration |
|  | Office of General Counsel |
|  | Region VIII |
|  | 1961 Stout, Suite 4169 |
|  | Denver, CO 80294 |
|  | Telephone: (303) 844-1570 |
|  | Facsimile: (303) 844-0770 |
|  | sarah.berry@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

- 1 -

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     Date Complaint Was Filed:  April 18, 2014

    **B.**     Date Complaint Was Served on U.S. Attorney's Office:  April 30, 2014

    **C.**     Date Answer and Administrative Record Were Filed:  June 25, 2014

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.**     **Plaintiff's Opening Brief Due:**          **August 28, 2014**

    **B.**     **Defendant's Response Brief Due:**     **September 30, 2014**

    **C.**     **Plaintiff's Reply Brief (If Any) Due:**  **October 14, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:**     Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:**   Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

   A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.    ( X )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 14th day of July, 2014.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/Diane K. Bross*
Diane K. Bross, Esq
2139 Chuckwagon Rd., Ste 305
Colorado Springs, CO 80919
Telephone: 719-634-7734
Facsimile: 719-260-7736
dianebross@dianebrosslaw.com
Attorney for Plaintiff

*s/ Sarah Van Arsdale Berry*
Sarah Van Arsdale Berry
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-1570
Facsimile: (303) 844-0770
sarah.berry@ssa.gov