**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-CV-01116-RM

DEVIN HEITZMANN,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER**

---

This matter is before the Court on Plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) ("Motion").  (ECF No. 28.)  The Court GRANTS the Motion.

In consideration thereof, the Court further ORDERS that Defendant pay to Plaintiff reasonable attorney's fees and expenses in the amount of **$5,652.00**.  The Court further ORDERS that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.  However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-

Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 10th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge